UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                  No.  04-CR-213-LTS-1

WILSON ALVAREZ-CALLEJAS,                        Order

        Defendant.

-------------------------------------------------------x

A conference in the above-captioned case is hereby scheduled for **March 12, 2025, at 12:00 p.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
        February 24, 2025                         LAURA TAYLOR SWAIN
                                                            Chief United States District Judge