

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

# **MEMO ENDORSED**

April 4, 2025

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States** v. **Wilson Alvarez-Callejas**, 4 Cr. 213 (LTS)

Dear Chief Judge Swain:

    Pursuant to the Court's Order, dated March 7, 2025 (Dkt. No. 63), the parties respectfully write to request that sentencing in the above-captioned case be scheduled for September 2025, with the defendant's submission due two weeks before the sentencing date and the Government's submission due one week before the sentencing date. This period of time will allow defense counsel to consult with his client and for the United States Probation Office to prepare a Presentence Investigation Report.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

    by: ____/s/_____
    Sarah Kushner
    Assistant United States Attorney
    (212) 637-2676

cc:    Jesse M. Siegel, Esq. (*by ECF*)

The foregoing request is granted. A sentencing hearing is hereby scheduled in this matter for **September 17, 2025, at 11:00 a.m.** in Courtroom 17C. All submissions in connection with sentencing must be filed in accordance with the sentencing submission provisions of the undersigned's Individual Practices. Defense submissions are due two weeks before the sentencing date; Government submissions are due one week before the sentencing date; and any reply must be filed and received in Chambers at least three days before the sentencing. DE 65 resolved.
SO ORDERED.
4/7/2025
/s/ Laura Taylor Swain, Chief USDJ