LAW OFFICE OF
JESSE M. SIEGEL
70 Lafayette Street, 2nd Floor
New York, NY 10013

(Tel) 212-207-9009

JesseMSiegel@aol.com

October 31, 2025

**BY ECF**

**MEMO ENDORSED**

Hon. Laura Taylor Swain, Chief District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Alvarez-Callejas*, S1 04 Cr. 213 (LTS).

Dear Chief Judge Swain:

  As CJA counsel to Wilson Alvarez-Callejas, defendant in the above matter, I request that the sentencing hearing currently scheduled for November 3rd at 12:00 be adjourned to December 2nd at 11:30, a date and time at which we understand the Court is available.

  This is our third request for adjournment of sentencing; the first two were granted. I have spoken with A.U.S.A. Sarah Kushner, who consents to this request on behalf of the government.

  I make this request because, due to unforeseen circumstances, I was prevented from meeting with Mr. Alvarez yesterday to discuss recent filings and issues concerning sentencing. The additional time will allow me to arrange for an interpreter and meet with him.

  Thank you for your attention to this application.

            Very truly yours,

            /s/
            Jesse M. Siegel

The foregoing request is granted.  The sentencing hearing is hereby adjourned from November 3, 2025 to **December 2, 2025 at 11:30 AM.**

SO ORDERED.
10/31/2025
/s/ Laura Taylor Swain, Chief USDJ